IT IS SO ORDERED

*Susan Illston*
Judge Susan Illston

Corinne Chandler - SBN: 111423
cchandler@kantorlaw.net
Beth A. Davis - SBN: 277560
bdavis@kantorlaw.net
KANTOR & KANTOR, LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone:  (818) 886-2525
Facsimile:   (818) 350-6272

Attorneys for Plaintiff,
STEVEN POLNICKY

Pamela E. Cogan - SBN 105089
Blake J. Russum - SBN 258031
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street, Suite 500
Redwood City, CA 94063-2052
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
Email: pcogan@rmkb.com
Email: brussum@rmkb.com

Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN

```
Counsel is directed to provide the clerk with
the names and direct dial phone numbers each
person wishing to appear by phone.  The Court
initiates all conference calls.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN POLNICKY,<br><br>          Plaintiff,<br><br>     VS.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN<br><br>          Defendant. | CASE NO: C 13-1478 SI<br><br>**JOINT REQUEST FOR TELEPHONIC APPEARANCE AT DECEMBER 13, 2013 SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT**<br><br>**Date:**       December 13, 2013<br>**Time:**       3:00 PM in<br>**Location:**  Courtroom 10<br>                      19th Floor<br>                      San Francisco |

1

JOINT REQUEST FOR TELEPHONIC APPERANCE AT DECEMBER 13, 2013
SUBSEQUENT JOINT CASE MANAGEMENT STATEMENT

Pursuant to Local Rule 16-10(a), the parties hereby request the Court's permission to participate in the December 13, 2013 Subsequent Case Management Conference by telephonic appearances.

DATED: December 6, 2013                KANTOR & KANTOR, LLP


By:      /s/ Corinne Chandler
Corinne Chandler
Beth A. Davis
Attorneys for Plaintiff
STEVEN POLNICKY

DATED: December 6, 2013                ROPERS, MAJESKI, KOHN & BENTLEY


By:      /s/ Pamela E. Cogan
Pamela E. Cogan
Blake J. Russum
Attorneys for Defendants
LIBERTY LIFE ASSURANCE COMPANY OF BOSTON and WELLS FARGO & COMPANY LONG TERM DISABILITY PLAN